UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNTIED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Information no.: CR 4:19-158 |
| | ) |
| RICHARD STEINKOHL, | ) |
| JONATHAN TANNER | ) |
| AMERICA LLC | ) |
| EMERALD MEDICAL SUPPLY, INC. | ) |
| FRIENDCARE, INC. | ) |
| RADIANCE MEDICAL SOLUTIONS, INC. | ) |
| RESURGE MEDICAL SUPPLY, INC. | ) |
| Defendant. | ) |

## ORDER ON COUNSEL'S APPLICATION FOR LEAVE OF ABSENCE

Application for Leave of Absence having been requested by attorney David M. Burns, Jr., in the above-styled case, for October 7 – 11, 2019 and December 23 – 31, 2019 having been read and considered, for good cause shown the same is hereby __granted__ and defense counsel shall be protected in this matter on the above-listed dates.

SO ORDERED, this __1st__ day of __October__, 2019.

_____
Hon. Christopher L. Ray
Magistrate Judge
Southern District of Georgia